IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALMA ROSA CASTRO, ET AL., § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. H-04-1612 |
| MATTHEW W. MCCORD, § ET AL., § § | |
| Defendants. § § § | |

ORDER

As the Court has entered findings of fact and conclusions of law on the matters for which the Court granted judgment as a matter of law, and as the jury has reached a take nothing verdict on the remaining claims in the above-referenced matter, the Court hereby

ORDERS that, in accordance with the Court's findings of fact and conclusions of law, judgment as a matter of law be entered in favor of Defendants Harris County and Constable Jack Abercia on all Plaintiffs' claims. Plaintiffs shall take nothing from Harris County or Constable Jack Abercia. The Court further

ORDERS that Plaintiff Alma Rosa Castro is DISMISSED as a party to the captioned matter for lack of standing. Plaintiff Alma Rosa Castro shall take nothing

from any Defendant.  The Court further,

ORDERS that Enrique Romero is DISMISSED as a party to the action.  Enrique Romero shall take nothing from any Defendant.  The Court further

ORDERS that, in accordance with the jury verdict, final judgment be entered in favor Defendant Matthew McCord on all remaining claims.   Plaintiffs shall take nothing from Defendant Matthew McCord.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 15th day of November, 2005.

_____

DAVID HITTNER

United States District Judge